UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHAD ANTHONY LOUIS FOWLER                                                              PLAINTIFF
ADC #656153

V.                                          No. 3:22-CV-253-LPR-JTR

JUSTIN B. BODEKER, Doctor/Dentist,
Grimes Unit; S. ARMSTRONG,
Health Service Administrator, Mental
Health Supervisor, LPN, Grimes Unit; and
S. BERY, Medical Assistant, Grimes Unit                                              DEFENDANTS

## ORDER

On September 28, 2022, Plaintiff Chad Anthony Louis Fowler ("Fowler"), an inmate in the Grimes Unit of the Arkansas Division of Correction ("ADC"), filed a *pro se* § 1983 Complaint alleging that he has been, and continues to be, denied access to proper dental care. *Doc. 5*.

*For screening purposes only*, Fowler has asserted viable inadequate medical care claims against Defendants Justin B. Bodeker, S. Armstrong, and S. Bery. Accordingly, service of the Complaint is proper.[1]

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

IT IS THEREFORE ORDERED THAT:

1. Fowler's Motion for Screening (*Doc. 5*) is GRANTED.

2. The Clerk is directed to prepare a summons for Defendant S. Armstrong.

3. The United States Marshal is directed to serve the summons along with copies of the Complaint (*Doc. 2*) and this Order on Defendant Armstrong through the ADC Compliance Division without requiring prepayment of fees and costs.[2]

4. The Court will address service for Defendants Bodeker and Bery by separate Order.

IT IS SO ORDERED this 13th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] If Defendant S. Armstrong is no longer employed by the ADC, the individual responding to service must provide a **sealed** statement with Armstrong's last known private mailing address.