UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHAD ANTHONY LOUIS FOWLER　　　　　　　　　　　　　　　PLAINTIFF
ADC #656153

V.　　　　　　　　　No. 3:22-CV-253-LPR-JTR

JUSTIN B. BODEKER, Doctor/Dentist,
Grimes Unit; SHEILA ARMSTRONG,
Health Service Administrator, Mental
Health Supervisor, LPN, Grimes Unit; and
SHELLY BERG, Medical Assistant, Grimes Unit　　　　　　　DEFENDANTS

## ORDER

On October 16, 2023, Plaintiff Chad Anthony Louis Fowler ("Fowler") filed a document titled "Motion to Scope Discovery." *Doc. 15*. Because Fowler does not seek any apparent relief, the document was docketed as a "Notice."

The three-page Notice is disjointed and rambling, to the point of being indecipherable. To the extent that Fowler seeks to raise constitutional claims regarding events that occurred after he filed the Complaint in this matter, he must do so by filing a new § 1983 action *after* he fully exhausts his administrative remedies. *See Johnson v. Jones*, 340 F.3d 624, 627–28 (8th Cir. 2003).

IT IS SO ORDERED this 24th day of October, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE