IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHAD ANTHONY LOUIS FOWLER**                                                                 **PLAINTIFF**
**ADC #656153**

v.                                     No. 3:22-cv-00253-LPR

**JUSTIN B. BODEKER, et al.**                                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 27) and the Plaintiff's Objections (Doc. 28). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 21) is GRANTED. Judgment will be entered in favor of Defendants Bodeker, Armstrong, and Berg on the deliberate-indifference claims made against them. Plaintiff's Motion for Verdict (Doc. 24) is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of August 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] There is one small caveat. The Court is making technical edits to the disposition of the various claims.