IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHAD ANTHONY LOUIS FOWLER**                                                                    **PLAINTIFF**
**ADC #656153**

v.                                   No. 3:22-cv-00253-LPR

**JUSTIN B. BODEKER, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendants Bodeker, Armstrong, and Berg on the deliberate-indifference claims made against them. All other claims brought in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 14th day of August 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE